**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In re: SOVCIK, RICHARD JOSEPH § Case No. 14-31109
§
§
§
Debtor(s)

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

    1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 08/25/2014. The undersigned trustee was appointed on 08/25/2014.

    2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

    3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

    4. The trustee realized the gross receipts of    $    12,749.96

        Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 9.36 |
| Bank service fees | 130.87 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]   $ | 12,609.73 |

The remaining funds are available for distribution.

    5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011)

    6. The deadline for filing non-governmental claims in this case was 02/25/2015 and the deadline for filing governmental claims was 02/25/2015. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

    7. The Trustee's proposed distribution is attached as **Exhibit D**.

    8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,025.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

    The trustee has received $0.00 as interim compensation and now requests the sum of $2,025.00, for a total compensation of $2,025.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $36.25 for total expenses of $36.25[2].

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/21/2015            By: /s/ Richard M. Fogel
                                                                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 3

| Case No.: | 14-31109 | Trustee Name: | (330720) Richard M. Fogel |
|---|---|---|---|
| Case Name: | SOVCIK, RICHARD JOSEPH | Date Filed (f) or Converted (c): | 08/25/2014 (f) |
| | | § 341(a) Meeting Date: | 10/14/2014 |
| For Period Ending: | 12/21/2015 | Claims Bar Date: | 02/25/2015 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 521 S. Harvard Ave., Arlington Heights, IL | 429,000.00 | 0.00 | | 0.00 | FA |
| 2* | Blue Tree timeshare deed (See Footnote) | 10.00 | 0.00 | | 0.00 | FA |
| 3 | nominal cash | 75.00 | 0.00 | | 0.00 | FA |
| 4 | checking at Village Bank and TRust | 3,000.00 | 0.00 | | 0.00 | FA |
| 5* | misc furniture furnishings and electronics (See Footnote) | 500.00 | 0.00 | | 0.00 | FA |
| 6 | clothing | 200.00 | 0.00 | | 0.00 | FA |
| 7 | fishing equipment | 200.00 | 0.00 | | 0.00 | FA |
| 8* | whole life policy with Prudential xxxx7961. unkn (See Footnote) | 1.00 | 1.00 | | 0.00 | FA |
| 9 | whole life policy with Jackson National Life xxx | 13,000.00 | 0.00 | | 0.00 | FA |
| 10 | Joint Mortgage term life insurance with Jackson | 1.00 | 0.00 | | 0.00 | FA |
| 11* | 2000 Chevy Express Van 132000 miles (See Footnote) | 3,000.00 | 2,500.00 | | 1,250.00 | FA |
| 12* | 2005 GMC Sierra 134000 miles (See Footnote) | 9,000.00 | 5,050.00 | | 2,500.00 | FA |

**UST Form 101-7-TFR (5/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 4

| Case No.: | 14-31109 | Trustee Name: | (330720) Richard M. Fogel |
| --- | --- | --- | --- |
| Case Name: | SOVCIK, RICHARD JOSEPH | Date Filed (f) or Converted (c): | 08/25/2014 (f) |
| | | § 341(a) Meeting Date: | 10/14/2014 |
| For Period Ending: | 12/21/2015 | Claims Bar Date: | 02/25/2015 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 13* | 1995 GMC Sierra (See Footnote) | 676.00 | 676.00 | | 0.00 | FA |
| 14* | 1988 Chevy Silverado co-owned with Julia Sovcik (See Footnote) | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 15* | 2007 Kropf park-model camper trailer (recreation (See Footnote) | 18,000.00 | 18,000.00 | | 8,999.96 | FA |
| 16 | 2005 Crestliner 1950 sport-fish boat | 12,000.00 | 0.00 | | 0.00 | FA |
| | **Assets        Totals**      (Excluding unknown values) | **$489,663.00** | **$27,227.00** | | **$12,749.96** | **$0.00** |

| | |
| --- | --- |
| RE PROP# 2 | Inconsequential value |
| RE PROP# 5 | Jointly owned with non-debtor spouse |
| RE PROP# 8 | Inconsequential value |
| RE PROP# 11 | Trustee authorized to sell estate's interest to debtors per o/c 1-6-15 |
| RE PROP# 12 | Trustee authorized to sell estate's interest to debtors per o/c 1-6-15 |
| RE PROP# 13 | Inconsequential value |
| RE PROP# 14 | Inconsequential value |

**UST Form 101-7-TFR (5/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 5

**Case No.:** 14-31109  
**Case Name:** SOVCIK, RICHARD JOSEPH  
**For Period Ending:** 12/21/2015

**Trustee Name:** (330720) Richard M. Fogel  
**Date Filed (f) or Converted (c):** 08/25/2014 (f)  
**§ 341(a) Meeting Date:** 10/14/2014  
**Claims Bar Date:** 02/25/2015

RE PROP# 15   Trustee authorized to sell estate's interest to debtors per o/c 1-6-15

**Major Activities Affecting Case Closing:**

Trustee sold interest in non-exempt vehicles to debtors on installment basis, per o/c 1-6-15. Final payment due Dec. 2015.

**Initial Projected Date Of Final Report (TFR):**   03/31/2016   **Current Projected Date Of Final Report (TFR):**   03/31/2016

UST Form 101-7-TFR (5/1/2011)

Exhibit B

## Form 2

Page: 6

## Cash Receipts And Disbursements Record

| Case No.: | 14-31109 | Trustee Name: | Richard M. Fogel (330720) |
|---|---|---|---|
| Case Name: | SOVCIK, RICHARD JOSEPH | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***2761 | Account #: | ******9966 Checking Account |
| For Period Ending: | 12/21/2015 | Blanket Bond (per case limit): | $5,000,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/21/2015 |  | RICHARD SOVCIK | Initial payment for purchase of non-exempt equity in vehicles |  | 3,000.00 |  | 3,000.00 |
|  | {11} |  | Per o/c 1-6-15 $1,250.00 | 1129-000 |  |  | 3,000.00 |
|  | {12} |  | Per o/c 1-6-15 $1,750.00 | 1129-000 |  |  | 3,000.00 |
| 01/30/2015 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 10.00 | 2,990.00 |
| 02/11/2015 | 101 | Arthur B. Levine Company | Surety bond premium #10BSBGR6291 | 2300-000 |  | 9.36 | 2,980.64 |
| 02/13/2015 |  | RICHARD SOVCIK | Installment payment per o/c 1-6-15 |  | 886.36 |  | 3,867.00 |
|  | {12} |  | $750.00 | 1129-000 |  |  | 3,867.00 |
|  | {15} |  | $136.36 | 1129-000 |  |  | 3,867.00 |
| 02/27/2015 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 10.00 | 3,857.00 |

{ } Asset Reference(s)     UST Form 101-7-TFR (5/1/2011)                            ! - transaction has not been cleared

Exhibit B

# Form 2

Page: 7

## Cash Receipts And Disbursements Record

| Case No.: | 14-31109 | Trustee Name: | Richard M. Fogel (330720) |
|---|---|---|---|
| Case Name: | SOVCIK, RICHARD JOSEPH | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***2761 | Account #: | ******9966 Checking Account |
| For Period Ending: | 12/21/2015 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/12/2015 | {15} | RICHARD SOVCIK | Installment payment | 1129-000 | 886.36 | | 4,743.36 |
| 03/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,733.36 |
| 04/15/2015 | {15} | RICHARD SOVCIK | Installment payment | 1129-000 | 886.36 | | 5,619.72 |
| 04/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,609.72 |
| 05/07/2015 | {15} | RICHARD SOVCIK | Installment payment | 1129-000 | 886.36 | | 6,496.08 |
| 05/29/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,486.08 |
| 06/08/2015 | {15} | RICHARD SOVCIK | Installment payment | 1129-000 | 886.36 | | 7,372.44 |
| 06/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.84 | 7,361.60 |
| 07/09/2015 | {15} | RICHARD SOVCIK | Installment payment | 1129-000 | 886.36 | | 8,247.96 |
| 07/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 11.70 | 8,236.26 |
| 08/06/2015 | {15} | RICHARD SOVCIK | Installment payment | 1129-000 | 886.36 | | 9,122.62 |
| 08/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 12.25 | 9,110.37 |
| 09/09/2015 | {15} | RICHARD SOVCIK | Installment payment | 1129-000 | 886.36 | | 9,996.73 |

{} Asset Reference(s)     UST Form 101-7-TFR (5/1/2011)     ! - transaction has not been cleared

Exhibit B

## Form 2

Page: 8

## Cash Receipts And Disbursements Record

| Case No.: | 14-31109 | Trustee Name: | Richard M. Fogel (330720) |
|---|---|---|---|
| Case Name: | SOVCIK, RICHARD JOSEPH | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***2761 | Account #: | ******9966 Checking Account |
| For Period Ending: | 12/21/2015 | Blanket Bond (per case limit): | $5,000,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/30/2015 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 14.82 | 9,981.91 |
| 10/08/2015 | {15} | Richard Sovcik | Installment payment | 1129-000 | 886.36 |  | 10,868.27 |
| 10/30/2015 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 15.24 | 10,853.03 |
| 11/05/2015 | {15} | RICHARD SOVCIK | Installment payment | 1129-000 | 886.36 |  | 11,739.39 |
| 11/30/2015 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 16.02 | 11,723.37 |
| 12/15/2015 | {15} | RICHARD SOVCIK | Final payment | 1129-000 | 886.36 |  | 12,609.73 |
|  |  | **COLUMN TOTALS** |  |  | 12,749.96 | 140.23 | $12,609.73 |
|  |  |  | Less: Bank Transfers/CDs |  | 0.00 | 0.00 |  |
|  |  | **Subtotal** |  |  | 12,749.96 | 140.23 |  |
|  |  |  | Less: Payments to Debtors |  |  | 0.00 |  |
|  |  | **NET Receipts / Disbursements** |  |  | **$12,749.96** | **$140.23** |  |

{ } Asset Reference(s)    **UST Form 101-7-TFR (5/1/2011)**    ! - transaction has not been cleared

Exhibit B

## Form 2

Page: 9

## Cash Receipts And Disbursements Record

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 14-31109 | **Trustee Name:** | Richard M. Fogel (330720) | |
| **Case Name:** | SOVCIK, RICHARD JOSEPH | **Bank Name:** | Rabobank, N.A. | |
| **Taxpayer ID #:** | **-***2761 | **Account #:** | ******9966 Checking Account | |
| **For Period Ending:** | 12/21/2015 | **Blanket Bond (per case limit):** | $5,000,000.00 | |
| | | **Separate Bond (if applicable):** | N/A | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******9966 Checking Account | $12,749.96 | $140.23 | $12,609.73 |
| | **$12,749.96** | **$140.23** | **$12,609.73** |

UST Form 101-7-TFR (5/1/2011)

# Exhibit C

## Exhibit C

**Case: 14-31109**    **RICHARD JOSEPH SOVCIK**

Claims Bar Date: 02/25/15

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| FEE | Richard M. Fogel<br>321 N. Clark St. #800<br>Chicago, IL 60654<br><2100-000 Trustee Compensation><br>, 200 | Administrative<br>12/21/15 | | $2,025.00<br>$2,025.00 | $0.00 | $2,025.00 |
| TE | Richard M. Fogel<br>321 N. Clark St. #800<br>Chicago, IL 60654<br><2200-000 Trustee Expenses><br>, 200 | Administrative<br>07/27/15 | | $19.50<br>$19.50 | $0.00 | $19.50 |
| TE2 | Richard M. Fogel<br>321 N. Clark St. #800<br>Chicago, IL 60654<br><2200-000 Trustee Expenses><br>, 200<br>FedEx- return trailer title to debtor | Administrative<br>12/21/15 | | $16.75<br>$16.75 | $0.00 | $16.75 |
| 1 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025<br><7100-900 Payments to Unsecured Credit Card Holders><br>, 610 | Unsecured<br>12/01/14 | | $15,212.26<br>$15,212.26 | $0.00 | $15,212.26 |
| 2 | eCAST Settlement Corporation, assignee of GE Capital Services<br>POB 29262<br>New York, NY 10087-9262<br><7100-900 Payments to Unsecured Credit Card Holders><br>, 610 | Unsecured<br>02/02/15 | | $1,289.96<br>$1,289.96 | $0.00 | $1,289.96 |
| 3 | American Express Bank, FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701<br><7100-900 Payments to Unsecured Credit Card Holders><br>, 610 | Unsecured<br>02/03/15 | | $2,022.81<br>$2,022.81 | $0.00 | $2,022.81 |

**Case Total:** **$0.00** **$20,586.28**

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 14-31109  
Case Name: RICHARD JOSEPH SOVCIK  
Trustee Name: Richard M. Fogel

**Balance on hand:**   $               12,609.73

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors:   $           0.00  
Remaining balance:   $      12,609.73

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Richard M. Fogel | 2,025.00 | 0.00 | 2,025.00 |
| Trustee, Expenses - Richard M. Fogel | 19.50 | 0.00 | 19.50 |
| Trustee, Expenses - Richard M. Fogel | 16.75 | 0.00 | 16.75 |

Total to be paid for chapter 7 administrative expenses:   $       2,061.25  
Remaining balance:   $      10,548.48

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| | None | | |

Total to be paid for prior chapter administrative expenses:   $           0.00  
Remaining balance:   $      10,548.48

**UST Form 101-7-TFR(5/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 10,548.48 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $18,525.03 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 56.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 15,212.26 | 0.00 | 8,662.13 |
| 2 | eCAST Settlement Corporation, | 1,289.96 | 0.00 | 734.53 |
| 3 | American Express Bank, FSB | 2,022.81 | 0.00 | 1,151.82 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 10,548.48 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | | |
|---|---|---|
| Total to be paid for tardily filed general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR(5/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for subordinated claims:  $    0.00
Remaining balance:  $    0.00

**UST Form 101-7-TFR(5/1/2011)**