UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | Case No. 14-31109 |
| ) | |
| Sovcik, Richard Joseph ) | |
| ) | |
| ) | |
| ) | |
| Debtor(s) ) | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RICHARD M. FOGEL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, 7th Floor, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved prior to the Final Report must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at **10:30 a.m. on February 23, 2016 in Courtroom 744**, United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of this Court.

Date: January 22, 2016                      By: /s/ Richard M. Fogel
                                                              Trustee

RICHARD M. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL 60654
312-276-1334
rfogel@shawfishman.com

UST Form 101-7-NFR (10/1/2010)

{4273 NTC A0236578.DOC 4}

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: SOVCIK, RICHARD JOSEPH    §    Case No. 14-31109
§
§
§
    Debtor(s)

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of :*    $    12,749.96
*and approved disbursements of:*    $    140.23
*leaving a balance on hand of[1]:*    $    12,609.73

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None ||||||

Total to be paid to secured creditors:    $    0.00
Remaining balance:    $    12,609.73

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Richard M. Fogel | 2,025.00 | 0.00 | 2,025.00 |
| Trustee, Expenses - Richard M. Fogel | 19.50 | 0.00 | 19.50 |
| Trustee, Expenses - Richard M. Fogel | 16.75 | 0.00 | 16.75 |

Total to be paid for chapter 7 administrative expenses:    $    2,061.25
Remaining balance:    $    10,548.48

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 10,548.48

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 10,548.48

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $18,525.03 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 56.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 15,212.26 | 0.00 | 8,662.13 |
| 2 | eCAST Settlement Corporation, | 1,289.96 | 0.00 | 734.53 |
| 3 | American Express Bank, FSB | 2,022.81 | 0.00 | 1,151.82 |

Total to be paid for timely general unsecured claims: $ 10,548.48
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

UST Form 101-7-NFR (10/1/2010)

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None ||||| 

Total to be paid for tardily filed general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None ||||| 

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/ Richard M. Fogel
Trustee

Richard M. Fogel
321 N. Clark St. #800
Chicago, IL 60654

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                           Case No. 14-31109-TAB
Richard Joseph Sovcik                                            Chapter 7
       Debtor               **CERTIFICATE OF NOTICE**

District/off: 0752-1         User: mrahmoun           Page 1 of 2         Date Rcvd: Jan 25, 2016
                             Form ID: pdf006          Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 27, 2016.
```
db             +Richard Joseph Sovcik,    7730 W. Dempster #406,    Morton Grove, IL 60053-1877
22317395       +American Express,    American Express Special Research,    P.O. Box 981540,
                 El Paso, TX 79998-1540
22324899        American Express Bank FSB,    c/o Becket and Lee LLP,    POB 3001,    Malvern  PA 19355-0701
22317396      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court:  Bank Of America,    Po Box 982235,    El Paso, TX 79998)
22317400        BP-Chase,    Cardmember Services,    P.O. Box 15153,    Wilmington, DE 19886-5153
22317397        Bank of America,    P.O. Box 15019,    Wilmington, DE 19850-5019
22317399        Best Buy,    Retail Services,    P.O. Box 15521,    Wilmington, DE 19850-5521
22317401        Capital One,    P.O. Box 30253,    Salt Lake City, UT 84130-0253
22317402       +Chase Bank,    P.O. Box 15298,    Wilmington, DE 19850-5298
22317403       +City Ntl Bk/Ocwen Loan Service,    Attn: Bankruptcy,    P.O. Box 24738,
                 West Palm Beach, FL 33416-4738
22317405        FIA Card Services NA,    P.O. Box 15726,    Wilmington, DE 19886-5726
22317406       +GE Monogram Bank/ JC Penney,    GE Capital Retail Bank,    P.O. Box 103104,
                 Roswell, GA 30076-9104
22317407       +Harris N.a.,    Bmo Harris Bank,    770 N Water Street,    Milwaukee, WI 53202-0002
22717131       +OCWEN LOAN SERVICING, LLC, AS SERVICER FOR DEUTSCH,    c/o Codilis and Associates, P.C.,
                 15W030 North Frontage Road, Suite 100,    Burr Ridge, IL 60527-6921
22317411      #+Regina Sovcik,    521 S. Harvard,    Arlington Heights, IL 60005-2211
22317412        Sears Mastercard,    P.O. Box 183082,    Columbus, OH 43218-3082
22317413        Target National Bank,    c/o Financial & Retail Services,    Minneapolis, MN 55440
22324902        eCAST Settlement Corporation,    POB 29262,    New York, NY 10087 9262
22885602        eCAST Settlement Corporation, assignee,    of GE Capital Services JC Penney,    BANKCARD,
                 POB 29262,    New York, NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
22684503        E-mail/Text: mrdiscen@discover.com Jan 26 2016 01:19:38     Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
22317404       +E-mail/Text: mrdiscen@discover.com Jan 26 2016 01:19:38     Discover Financial,
                 Attn: Bankrutpcy Dept.,    P.O. Box 3025,    New Albany, OH 43054-3025
22317408        E-mail/Text: bnckohlsnotices@becket-lee.com Jan 26 2016 01:19:52     Kohls,   P.O. Box 2983,
                 Milwaukee, WI 53201-2983
22317409       +E-mail/Text: pthon@mchenrysavings.com Jan 26 2016 01:19:45     Mchenry Svbk,    353 Bank Drive,
                 Mc Henry, IL 60050-0506
22317410       +E-mail/Text: bankrup@aglresources.com Jan 26 2016 01:19:24     Nicor Gas,
                 Attn: Bankruptcy Dept.,    P.O. Box 190,    Aurora, IL 60507-0190
                                                                                               TOTAL: 5
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
22887597*       American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
22317398*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court:  Bank of America,    P.O. Box 982238,    El Paso, TX 79998)
                                                                                    TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2016                                Signature:  /s/Joseph Speetjens

```
District/off: 0752-1          User: mrahmoun              Page 2 of 2         Date Rcvd: Jan 25, 2016
                              Form ID: pdf006             Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 22, 2016 at the address(es) listed below:

```
              Amber L Michlig    on behalf of Creditor   McHenry Savings Bank amichlig@salawus.com
              Daniel K Robin    on behalf of Debtor 1 Richard Joseph Sovcik danatlaw@aol.com
              Joel P Fonferko    on behalf of Creditor    OCWEN LOAN SERVICING, LLC, AS SERVICER FOR DEUTSCHE
               BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR AMERIQUEST MORTGAGE SECURITIES INC., ASSET-BACKED
               PASS-THROUGH CERTIFICATES, SERIES 2005-R9 ND-One@il.cslegal.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Peter C Bastianen    on behalf of Creditor    OCWEN LOAN SERVICING, LLC, AS SERVICER FOR DEUTSCHE
               BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR AMERIQUEST MORTGAGE SECURITIES INC., ASSET-BACKED
               PASS-THROUGH CERTIFICATES, SERIES 2005-R9 ND-Four@il.cslegal.com
              Richard M. Fogel    rfogel@shawfishman.com, il72@ecfcbis.com
              Richard M. Fogel    on behalf of Trustee Richard M. Fogel rfogel@shawfishman.com, il72@ecfcbis.com
                                                                                             TOTAL: 7
```