UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: SOVCIK, RICHARD JOSEPH　　　　　§　Case No. 14-31109
　　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　§
　　　　Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

　　　　Richard M. Fogel, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

　　　　1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

　　　　2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $459,663.00 | Assets Exempt: | $36,175.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $10,548.48 | Claims Discharged Without Payment: | $118,186.55 |
| Total Expenses of Administration: | $2,201.48 | | |

　　　　3) Total gross receipts of $12,749.96 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $12,749.96 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $431,578.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $2,201.48 | $2,201.48 | $2,201.48 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $127,672.00 | $18,525.03 | $18,525.03 | $10,548.48 |
| **TOTAL DISBURSEMENTS** | $559,250.00 | $20,726.51 | $20,726.51 | $12,749.96 |

4) This case was originally filed under chapter 7 on 08/25/2014. The case was pending for 19 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/06/2016     By: /s/ Richard M. Fogel
                                        Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2000 Chevy Express Van 132000 miles | 1129-000 | $1,250.00 |
| 2007 Kropf park-model camper trailer (recreation | 1129-000 | $8,999.96 |
| 2005 GMC Sierra 134000 miles | 1129-000 | $2,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$12,749.96** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

### EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| N/F | Harris N.a. Bmo Harris Bank | 4110-000 | $64,722.00 | NA | NA | NA |
| N/F | City Ntl Bk/Ocwen Loan Service | 4110-000 | $345,000.00 | NA | NA | NA |
| N/F | Mchenry Svbk | 4110-000 | $21,856.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$431,578.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Richard M. Fogel | 2100-000 | NA | $2,025.00 | $2,025.00 | $2,025.00 |
| Richard M. Fogel | 2200-000 | NA | $36.25 | $36.25 | $36.25 |
| Arthur B. Levine Company | 2300-000 | NA | $9.36 | $9.36 | $9.36 |
| Rabobank, N.A. | 2600-000 | NA | $130.87 | $130.87 | $130.87 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **$0.00** | **$2,201.48** | **$2,201.48** | **$2,201.48** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-900 | $14,344.00 | $15,212.26 | $15,212.26 | $8,662.13 |
| 2 | eCAST Settlement Corporation, | 7100-900 | $1,096.00 | $1,289.96 | $1,289.96 | $734.53 |
| 3 | American Express Bank, FSB | 7100-900 | $2,022.00 | $2,022.81 | $2,022.81 | $1,151.82 |
| N/F | Chase Bank | 7100-000 | $1,737.00 | NA | NA | $0.00 |
| N/F | Sears Mastercard | 7100-000 | $4,783.00 | NA | NA | $0.00 |
| N/F | Bank of America | 7100-000 | $5,434.00 | NA | NA | $0.00 |
| N/F | Bank of America | 7100-000 | $5,407.00 | NA | NA | $0.00 |
| N/F | Sears Mastercard | 7100-000 | $4,783.00 | NA | NA | $0.00 |
| N/F | Nicor Gas | 7100-000 | $71.00 | NA | NA | $0.00 |
| N/F | Best Buy Retail Services | 7100-000 | $171.00 | NA | NA | $0.00 |
| N/F | Kohls | 7100-000 | $1,786.00 | NA | NA | $0.00 |
| N/F | Bank of America | 7100-000 | $5,407.00 | NA | NA | $0.00 |
| N/F | BP-Chase Cardmember Services | 7100-000 | $1,330.00 | NA | NA | $0.00 |
| N/F | Bank of America | 7100-000 | $5,516.00 | NA | NA | $0.00 |
| N/F | BP-Chase Cardmember Services | 7100-000 | $1,330.00 | NA | NA | $0.00 |
| N/F | FIA Card Services NA | 7100-000 | $9,781.00 | NA | NA | $0.00 |
| N/F | Bank Of America | 7100-000 | $9,240.00 | NA | NA | $0.00 |
| N/F | Kohls | 7100-000 | $1,786.00 | NA | NA | $0.00 |
| N/F | Chase Bank | 7100-000 | $1,737.00 | NA | NA | $0.00 |

UST Form 101-7-TDR ( 10 /1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Best Buy Retail Services | 7100-000 | $171.00 | NA | NA | $0.00 |
| N/F | FIA Card Services NA | 7100-000 | $9,781.00 | NA | NA | $0.00 |
| N/F | Target National Bank c/o Financial & Retail Services | 7100-000 | $10.00 | NA | NA | $0.00 |
| N/F | Bank Of America | 7100-000 | $9,240.00 | NA | NA | $0.00 |
| N/F | Bank of America | 7100-000 | $5,516.00 | NA | NA | $0.00 |
| N/F | Target National Bank c/o Financial & Retail Services | 7100-000 | $10.00 | NA | NA | $0.00 |
| N/F | Capital One | 7100-000 | $9,839.00 | NA | NA | $0.00 |
| N/F | Capital One | 7100-000 | $9,839.00 | NA | NA | $0.00 |
| N/F | Bank of America | 7100-000 | $5,434.00 | NA | NA | $0.00 |
| N/F | Nicor Gas | 7100-000 | $71.00 | NA | NA | $0.00 |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$127,672.00** | **$18,525.03** | **$18,525.03** | **$10,548.48** |

**UST Form 101-7-TDR ( 10 /1/2010)**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Page: 1

| Case No.: | 14-31109 | Trustee Name: | (330720) Richard M. Fogel |
| --- | --- | --- | --- |
| Case Name: | SOVCIK, RICHARD JOSEPH | Date Filed (f) or Converted (c): | 08/25/2014 (f) |
| | | § 341(a) Meeting Date: | 10/14/2014 |
| For Period Ending: | 04/06/2016 | Claims Bar Date: | 02/25/2015 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | 521 S. Harvard Ave., Arlington Heights, IL | 429,000.00 | 0.00 | | 0.00 | FA |
| 2* | Blue Tree timeshare deed (See Footnote) | 10.00 | 0.00 | | 0.00 | FA |
| 3 | nominal cash | 75.00 | 0.00 | | 0.00 | FA |
| 4 | checking at Village Bank and TRust | 3,000.00 | 0.00 | | 0.00 | FA |
| 5* | misc furniture furnishings and electronics (See Footnote) | 500.00 | 0.00 | | 0.00 | FA |
| 6 | clothing | 200.00 | 0.00 | | 0.00 | FA |
| 7 | fishing equipment | 200.00 | 0.00 | | 0.00 | FA |
| 8* | whole life policy with Prudential xxxx7961. unkn (See Footnote) | 1.00 | 1.00 | | 0.00 | FA |
| 9 | whole life policy with Jackson National Life xxx | 13,000.00 | 0.00 | | 0.00 | FA |
| 10 | Joint Mortgage term life insurance with Jackson | 1.00 | 0.00 | | 0.00 | FA |
| 11* | 2000 Chevy Express Van 132000 miles (See Footnote) | 3,000.00 | 2,500.00 | | 1,250.00 | FA |
| 12* | 2005 GMC Sierra 134000 miles (See Footnote) | 9,000.00 | 5,050.00 | | 2,500.00 | FA |
| 13* | 1995 GMC Sierra (See Footnote) | 676.00 | 676.00 | | 0.00 | FA |
| 14* | 1988 Chevy Silverado co-owned with Julia Sovcik (See Footnote) | 1,000.00 | 1,000.00 | | 0.00 | FA |

**UST Form 101-7-TDR ( 10 /1/2010)**

Exhibit 8

## Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

| Case No.: | 14-31109 | Trustee Name: | (330720) Richard M. Fogel |
| --- | --- | --- | --- |
| Case Name: | SOVCIK, RICHARD JOSEPH | Date Filed (f) or Converted (c): | 08/25/2014 (f) |
| | | § 341(a) Meeting Date: | 10/14/2014 |
| For Period Ending: | 04/06/2016 | Claims Bar Date: | 02/25/2015 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 15* | 2007 Kropf park-model camper trailer (recreation (See Footnote) | 18,000.00 | 18,000.00 | | 8,999.96 | FA |
| 16 | 2005 Crestliner 1950 sport-fish boat | 12,000.00 | 0.00 | | 0.00 | FA |
| 16 | Assets    Totals    (Excluding unknown values) | **$489,663.00** | **$27,227.00** | | **$12,749.96** | **$0.00** |

| | |
| --- | --- |
| RE PROP# 2 | Inconsequential value |
| RE PROP# 5 | Jointly owned with non-debtor spouse |
| RE PROP# 8 | Inconsequential value |
| RE PROP# 11 | Trustee authorized to sell estate's interest to debtors per o/c 1-6-15 |
| RE PROP# 12 | Trustee authorized to sell estate's interest to debtors per o/c 1-6-15 |
| RE PROP# 13 | Inconsequential value |
| RE PROP# 14 | Inconsequential value |
| RE PROP# 15 | Trustee authorized to sell estate's interest to debtors per o/c 1-6-15 |

**Major Activities Affecting Case Closing:**

Trustee sold interest in non-exempt vehicles to debtors on installment basis, per o/c 1-6-15. Final payment due Dec. 2015.

| | | | |
| --- | --- | --- | --- |
| **Initial Projected Date Of Final Report (TFR):** | 03/31/2016 | **Current Projected Date Of Final Report (TFR):** | 01/22/2016 (Actual) |

UST Form 101-7-TDR ( 10 /1/2010)

Exhibit 9

## Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case No.: | 14-31109 | Trustee Name: | Richard M. Fogel (330720) |
| Case Name: | SOVCIK, RICHARD JOSEPH | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***2761 | Account #: | ******9966 Checking Account |
| For Period Ending: | 04/06/2016 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/21/2015 | | RICHARD SOVCIK | Initial payment for purchase of non-exempt equity in vehicles | | 3,000.00 | | 3,000.00 |
| | {11} | | Per o/c 1-6-15 $1,250.00 | 1129-000 | | | 3,000.00 |
| | {12} | | Per o/c 1-6-15 $1,750.00 | 1129-000 | | | 3,000.00 |
| 01/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,990.00 |
| 02/11/2015 | 101 | Arthur B. Levine Company | Surety bond premium #10BSBGR6291 | 2300-000 | | 9.36 | 2,980.64 |
| 02/13/2015 | | RICHARD SOVCIK | Installment payment per o/c 1-6-15 | | 886.36 | | 3,867.00 |
| | {12} | | $750.00 | 1129-000 | | | 3,867.00 |
| | {15} | | $136.36 | 1129-000 | | | 3,867.00 |
| 02/27/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,857.00 |

{} Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

Exhibit 9

Page: 4

## Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 14-31109 | Trustee Name: | Richard M. Fogel (330720) |
|---|---|---|---|
| Case Name: | SOVCIK, RICHARD JOSEPH | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***2761 | Account #: | ******9966 Checking Account |
| For Period Ending: | 04/06/2016 | Blanket Bond (per case limit): | $5,000,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/12/2015 | {15} | RICHARD SOVCIK | Installment payment | 1129-000 | 886.36 |  | 4,743.36 |
| 03/31/2015 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 10.00 | 4,733.36 |
| 04/15/2015 | {15} | RICHARD SOVCIK | Installment payment | 1129-000 | 886.36 |  | 5,619.72 |
| 04/30/2015 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 10.00 | 5,609.72 |
| 05/07/2015 | {15} | RICHARD SOVCIK | Installment payment | 1129-000 | 886.36 |  | 6,496.08 |
| 05/29/2015 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 10.00 | 6,486.08 |
| 06/08/2015 | {15} | RICHARD SOVCIK | Installment payment | 1129-000 | 886.36 |  | 7,372.44 |
| 06/30/2015 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 10.84 | 7,361.60 |
| 07/09/2015 | {15} | RICHARD SOVCIK | Installment payment | 1129-000 | 886.36 |  | 8,247.96 |
| 07/31/2015 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 11.70 | 8,236.26 |
| 08/06/2015 | {15} | RICHARD SOVCIK | Installment payment | 1129-000 | 886.36 |  | 9,122.62 |
| 08/31/2015 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 12.25 | 9,110.37 |
| 09/09/2015 | {15} | RICHARD SOVCIK | Installment payment | 1129-000 | 886.36 |  | 9,996.73 |

{} Asset Reference(s)      UST Form 101-7-TDR ( 10 /1/2010)                              ! - transaction has not been cleared

Exhibit 9

Page: 5

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 14-31109 | Trustee Name: | Richard M. Fogel (330720) |
|---|---|---|---|
| Case Name: | SOVCIK, RICHARD JOSEPH | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***2761 | Account #: | ******9966 Checking Account |
| For Period Ending: | 04/06/2016 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 14.82 | 9,981.91 |
| 10/08/2015 | {15} | Richard Sovcik | Installment payment | 1129-000 | 886.36 | | 10,868.27 |
| 10/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 15.24 | 10,853.03 |
| 11/05/2015 | {15} | RICHARD SOVCIK | Installment payment | 1129-000 | 886.36 | | 11,739.39 |
| 11/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 16.02 | 11,723.37 |
| 12/15/2015 | {15} | RICHARD SOVCIK | Final payment | 1129-000 | 886.36 | | 12,609.73 |
| 02/25/2016 | 102 | Richard M. Fogel | Dividend paid 100.00% on $2,025.00 \| Claim # FEE \| Filed: $2,025.00 | 2100-000 | | 2,025.00 | 10,584.73 |
| 02/25/2016 | 103 | Richard M. Fogel | Dividend paid 100.00% on $19.50 \| Claim # TE \| Filed: $19.50 | 2200-000 | | 19.50 | 10,565.23 |
| 02/25/2016 | 104 | Richard M. Fogel | Dividend paid 100.00% on $16.75 \| Claim # TE2 \| Filed: $16.75 | 2200-000 | | 16.75 | 10,548.48 |
| 02/25/2016 | 105 | Discover Bank | Dividend paid 56.94% on $15,212.26 \| Claim # 1 \| Filed: $15,212.26 | 7100-900 | | 8,662.13 | 1,886.35 |
| 02/25/2016 | 106 | eCAST Settlement Corporation, | Dividend paid 56.94% on $1,289.96 \| Claim # 2 \| Filed: $1,289.96 | 7100-900 | | 734.53 | 1,151.82 |

{} Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)   ! - transaction has not been cleared

Exhibit 9

Page: 6

## Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 14-31109 | Trustee Name: | Richard M. Fogel (330720) |
|---|---|---|---|
| Case Name: | SOVCIK, RICHARD JOSEPH | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***2761 | Account #: | ******9966 Checking Account |
| For Period Ending: | 04/06/2016 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/25/2016 | 107 | American Express Bank, FSB | Dividend paid 56.94% on $2,022.81 \| Claim # 3 \| Filed: $2,022.81 | 7100-900 | | 1,151.82 | 0.00 |
| | | | **COLUMN TOTALS** | | 12,749.96 | 12,749.96 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 12,749.96 | 12,749.96 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$12,749.96** | **$12,749.96** | |

{ } Asset Reference(s)       UST Form 101-7-TDR ( 10 /1/2010)                                      ! - transaction has not been cleared

## Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 7

| | | | |
|---|---|---|---|
| **Case No.:** | 14-31109 | **Trustee Name:** | Richard M. Fogel (330720) |
| **Case Name:** | SOVCIK, RICHARD JOSEPH | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***2761 | **Account #:** | ******9966 Checking Account |
| **For Period Ending:** | 04/06/2016 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******9966 Checking Account | $12,749.96 | $12,749.96 | $0.00 |
| | **$12,749.96** | **$12,749.96** | **$0.00** |

**UST Form 101-7-TDR (10 /1/2010)**